# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 209 WAL 2018

               Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

               v.   :

RALPH HERBERT DEEP, JR.,   :

               Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.